IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WESTERN AGRICULTURAL INSURANCE COMPANY and FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY, formerly known as FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>WILSON EXCAVATING, INC., and, DALE D. WILSON,<br><br>Defendants/Counterclaim-Plaintiffs,<br><br>and<br><br>MID-AMERICA PIPELINE COMPANY, LLC<br><br>Intervenor-Defendant/Counterclaim-Plaintiff | Case No. 4:10-cv-3151<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

NOW ON this 11th day of August, 2011, this matter came on for hearing on the Stipulation for Dismissal with Prejudice filed by the parties. The Court, being fully advised in the premises, finds that the Stipulation should be sustained.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THE COURT that the Complaint for Declaratory Judgment filed by the Plaintiffs, any amendments thereto, and any causes of action, and the Counterclaims filed by Defendants/Counterclaim-Plaintiffs and Intervenor-Defendant/Counterclaim-Plaintiff, any amendments thereto, and any causes of action, be dismissed with prejudice, with the complete record waived, and with each party to pay their own Court costs and attorney fees.

BY THE COURT:

*s/ Joseph F. Bataillon*
United State District Court Chief Judge

PREPARED AND SUBMITTED BY:

Daniel M. Placzek, #16641
LEININGER, SMITH, JOHNSON,
BAACK, PLACZEK & ALLEN
104 N. Wheeler Street
P.O. Box 790
Grand Island, NE  68802-0790
Telephone:  (308) 382-1930